DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

In the Interest of M.G.-V., a minor child.

M.V.M.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES
and GUARDIAN AD LITEM,

Appellees.

No. 2D21-1451

_____

September 24, 2021

Appeal from the Circuit Court for Collier County; Shannon H.
McFee, Judge.

Kevin Coyle Colbert, Miami, for Appellant.

Meredith K. Hall, Children Legal Services, Bradenton, for Appellee
Department of Children and Families.

Thomasina F. Moore and Laura J. Lee, Statewide Guardian ad
Litem Office, Tallahassee, for Appellee Guardian ad Litem.


PER CURIAM.

Affirmed.

KELLY, VILLANTI, and SLEET, JJ., Concur.

_____

Opinion subject to revision prior to official publication.